**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MELODY FOSTER,

        Plaintiff,

v.                                            Case No:  6:18-cv-66-Orl-40DCI

METAL ESSENCE, INC.,

        Defendant.
                                              /

## <u>ORDER</u>

This cause is before the Court on the Second Amended Joint Motion for Approval of Settlement (Doc. 39) filed on April 25, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to Report and Recommendation Regarding Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice (Doc. 41) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed May 17, 2019 (Doc. 40), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Second Amended Joint Motion for Approval of Settlement (Doc. 39) is **GRANTED**.

3.    The Court **FINDS** the Agreement (Doc. 36-1) to be a fair and reasonable settlement of Plaintiff's claims under the FLSA.

4.      The case is **DISMISSED with prejudice**.

5.      The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 28, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties